**United States District Court Northern District of Illinois**
**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

**"SCHEDULE A"**
**Additional Courts Admitted to Practice**
**(Geoffrey P. Huling)**

U.S. District of Eastern District of Pennsylvania – Admitted 1/16/1998
U.S. Court of Appeals for the Third Circuit – Admitted 3/19/2002