**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**FUND RECOVERY SERVICES, LLC,**

Plaintiff,

v.

**RBC CAPITAL MARKETS, LLC et al.,**

Defendants.

**Case No. 1:20-cv-5730**

**Hon. Judge Matthew F. Kennelly**

**DEFENDANTS' MOTION TO DISMISS**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

Defendants RBC Capital Markets, LLC, James I. Uihlein, James P. Uihlein, John A. Kuhlman, Jr., Glenora Company, Little Owl Argon, LLC, Gary Zumski, Berj Arakelian, B Money Holdings, LLC, Eric Schnosenberg, Peter Ferro, Margon LLC, Sean Tomaszkiewicz, Blue Treble Solutions, LLC, Harry Madanyan, Joseph Canfora, Mark Triffler, Mark Triffler Trust, Bruce Breitweiser, Byron Faermark, Barry Kostiner, Bruce Goldstein, Alhambra Circle Partners, LLC, Barry Edmonson, Cardinal Trust, Daniel Wirzberger, and Merit Gaming Management Group, LLC, and ("Defendants"),[1] hereby respectfully move this Court pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss the Complaint of Plaintiff Fund Recovery Services, LLC ("Princeton").

1. In its January 5, 2021 Order, the Court granted leave to file a joint brief of 100 pages in support of any motion to dismiss Princeton's 16-count Complaint. (ECF No. 81). In

---

[1] For the Court's convenience, the foregoing moving Defendants are listed in the order they appear in the case caption of the Complaint. The following named Defendants have not joined in this Motion or accompanying Memoranda of Law: Raviv Wolfe, NOAX, LLC, Robert Sheybani, Fintech Asset Management, LLC, SSF Holdings LLC, Spartan Specialty Finance I LLC, Spartan Specialty Finance I SPV LLC, Broadmark Capital, LLC, and Peraza Capital & Investment, LLC.

compliance with that Order and in an effort to assist the Court with its review of Defendants' briefs, Defendants are filing concurrently herewith four Memoranda of Law[2] in Support of the Motion to Dismiss, each of which supply independent grounds for dismissing all or part of Princeton's Complaint under Rule 12(b)(6). Defendants hope that this approach will assist the Court by enabling it to decide for itself which portion(s) of the extensive filing it wishes to read first.

2. ***Statute of limitations/standing/collateral estoppel*** [37 pages] seeks dismissal on the following grounds: (1) <u>statute of limitations</u> – Princeton's RICO claims (Counts 1-2) are time-barred; (2) <u>lack of standing</u> – Princeton lacks standing to bring Counts 1-11 and 14-16; and (3) <u>collateral estoppel</u> – Princeton should be collaterally estopped from relitigating the issue of the so-called Spartan Fraud.

3. ***Rules 8 and 9(b)/No duty to disclose*** [13 pages] argues that Princeton fails to satisfy the pleading requirements of Rules 8 and 9(b) for its claims sounding in fraud (all Counts) and that Princeton has not alleged a duty to disclose sufficient to support its claims in Counts 1-7 and 10.

4. ***RICO*** [27 pages] argues that Princeton fails to adequately plead various elements of its RICO claims (Counts 1-2).

5. ***State law claims*** [22 pages] argues that Princeton fails to adequately allege its state law claims (Counts 3-11 & 13-16).

WHEREFORE, for the reasons stated herein and in Defendants' accompanying Memoranda of Law, Defendants respectfully request that the Court dismiss with prejudice Princeton's Complaint and grant such additional and further relief as the Court deems proper and just.

---

[2] Throughout the four Memoranda of Law, Defendants cite to paragraphs in the Complaint as "(¶[paragraph number].)" Further, unless otherwise noted, all emphases in the four Memoranda of Law have been added.

Dated: April 14, 2021                  Respectfully submitted,

                                       By:    *s/ Scott Mendeloff*
                                              Scott Mendeloff
                                              Gabriel Aizenberg
                                              GREENBERG TRAURIG, LLP
                                              77 West Wacker Drive, Suite 3100
                                              Chicago, Illinois 60601
                                              Tel: (312) 456-8400
                                              Fax: (312) 456-8435
                                              mendeloffs@gtlaw.com
                                              aizenbergg@gtlaw.com

                                              *Attorneys for Defendants Bruce Breitweiser,*
                                              *Joseph Canfora, Cardinal Trust, Barry*
                                              *Edmonson, Byron Faermark, Peter Ferro,*
                                              *Margon LLC, Mark Triffler Trust, Mark*
                                              *Triffler, and Merit Gaming Management*
                                              *Group, LLC*

                                       By:    *s/ William J. McKenna*
                                              Michael J. Small
                                              William J. McKenna
                                              David B. Goroff
                                              Foley & Lardner, LLP
                                              312 N. Clark St., Suite 2800
                                              Chicago, Illinois 60654
                                              Tel: (312) 832-4500
                                              wmckenna@foley.com

                                              *Attorney for Glenora Company, Little Owl*
                                              *Argon, LLC, James I. Uihlein, and James P.*
                                              *Uihlein*

                                       By:    *s/ Nishay K. Sanan*
                                              Nishay K. Sanan
                                              NISHAY K. SANAN, ESQ.
                                              53 W. Jackson, Suite 1437
                                              Chicago, Illinois 60604
                                              Tel: (312) 692-0360
                                              nsanan@aol.com

                                              *Attorney for Alhambra Circle Partners, LLC*
                                              *and Bruce Goldstein*

By:  *s/ Terry Campbell*
Terry Campbell
COTSIRILOS, TIGHE, STREICKER, POULOS &
CAMPBELL LTD.
33 N. Dearborn Street, Suite 600
Chicago, Illinois 60602
Tel: (312) 263-0345
tcampbell@cotsiriloslaw.com

*Attorney for John A. Kuhlman, Jr.*

By:  *s/ Kenneth J. Rubinstein*
Kenneth J. Rubinstein
Cohen Tauber Spievack & Wagner, P.C.
420 Lexington Avenue, Suite 2400
New York, New York 10710
Tel: (212) 586-5800
krubinstein@ctswlaw.com

*Attorney for Daniel Wirzberger*

By:  *s/ Steven Malina*
Steven Malina
GREENBERG TRAURIG, LLP
77 W. Wacker Dr., Suite 3100
Chicago, Illinois 60601
Tel: (312) 456-8400
malinas@gtlaw.com

*Attorney for RBC Capital Markets, LLC*

By:  *s/ Paul Bauch*
Paul Bauch
BAUCH & MICHAELS, LLC
53 W. Jackson Blvd., Suite 1115
Chicago, Illinois 60604
Tel: (312) 588-5000
pbauch@bmlawllc.com

*Attorney for Blue Treble Solutions, LLC and
Sean Tomaszkiewicz*

By:    *s/ Peter S. Stamatis*
         Peter S. Stamatis
         LAW OFFICES OF PETER S. STAMATIS
         1 E. Wacker Dr., Suite 2350
         Chicago, Illinois 60601
         Tel: (312) 606-0045
         peter@stamatislegal.com

         *Attorney for Harry Madanyan*

By:    *s/ Harold Abrahamson*
         Harold Abrahamson
         ABRAHAMSON, REED & BILSE
         8230 Hohman Avenue
         Munster, Indiana 46321
         Tel: (219) 595-5306
         aralawfirm@aol.com

         *Attorney for Eric Schnosenberg*

By:    *s/ Ryan O'Dell*
         Ryan O'Dell
         SPACH, MANAHAN AND O'DELL, LLP
         12707 High Bluff Drive, Suite 200
         San Diego, California 92130
         Tel: (858) 925-3391
         rodell@smolawfirm.com

         *Attorney for Berj Arakelian and B Money Holdings, LLC*

By:    *s/ Barry Kostiner*
         Barry Kostiner – *Pro Se*

         *Defendant*

By:    *s/ Gary Zumski*
         Gary Zumski – *Pro Se*
         4204 E. Frontage Road
         Rolling Meadows, Illinois 60008
         globalwide08@gmail.com

         *Defendant*

## <u>CERTIFICATE OF SERVICE</u>

    I, David S. Repking, certify that on April 14, 2021, a true and correct copy of the foregoing was filed electronically through the Northern District of Illinois CM/ECF electronic filing system, which will send a notification of filing to all counsel of record

<i>/s/ David S. Repking</i>