UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

| | |
|---|---|
| FUND RECOVERY SERVICES, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:20-cv-5730 |
| RBC CAPITAL MARKETS, LLC *et al.*, | ) ) ) |
| Defendants. | ) |

---

### JOIT STATUS REPORT
### PURSUANT TO ORDER, DATED APRIL 23, 2021

Plaintiff Fund Recovery Services, LLC ("FRS"), as assignee of Princeton Alternative Income Fund, L.P. ("PAIF") (together, FRS and PAIF, "Plaintiff"), by and through its undersigned counsel, and together with counsel for Defendants as set forth with particularity herein, submits this Joint Status Report consistent with this Court's April 23, 2021 Order (the "Court's Order").

Specifically, the Court's Order requested a status update with regard to any settlement discussions between Plaintiff and Defendants. Since the entry of the Court's Order, Plaintiff has filed an amended complaint that did not name two of the original defendants, Harry Madanyan and Robert Sheybani. Plaintiff did not reach a settlement with either Mr. Madanyan or Mr. Sheybani. In addition, on June 16, 2021, Plaintiff reached a settlement with, and filed a Rule 41 Dismissal Notice, dismissing its claims with prejudice against, Defendant Eric Schnosenberg. There have been no substantive settlement discussions with any other Defendant that has resulted in the resolution of claims against such Defendant.

Undersigned counsel is submitting this Joint Status Report on behalf of Plaintiff and each Defendant. All counsel who have entered their appearance have been invited to participate in the review and approval of this Joint Status Report consistent with the Court's Order.

**FUND RECOVERY SERVICES, LLC, a Delaware limited liability company, as assignee of PRINCETON ALTERNATIVE INCOME FUND, L.P., a Delaware limited partnership,**

Kenneth J. Ashman (ARDC 6206515)
ASHMAN LAW, LLC
2801 Orange Brace Road
Riverwoods, Illinois 60015
312.596.1700 (p)
312.873.3800 (f)
kashman@ashman.law

*/s/ Maurice R. Mitts*

(Pa. Bar No. 50297) (*Pro Hac Vice*)
Gerard M. McCabe (Pa. Bar No. 66564)
(*Pro Hac Vice*)
Geoffrey P. Huling (Pa. Bar No. 75800)
(*Pro Hac Vice*)
MITTS LAW, LLC
1822 Spruce Street
Philadelphia, PA 19103
215.866.0110 (p)
215.866.0111 (f)
mmitts@mittslaw.com
gmccabe@mittslaw.com
ghuling@mittslaw.com

Dated: June 28, 2021