# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FUND RECOVERY SERVICES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> RBC CAPITAL MARKETS, LLC et al., <br><br> Defendants. | Case No. 1:20-cv-5730 <br><br> Hon. Judge Matthew F. Kennelly |

## MOTION FOR AWARD OF SANCTIONS PURSUANT TO RULE 11, F.R.C.P.

For the reasons set forth in the Memorandum of Law filed herewith, Defendant Wirzberger moves for the entry of an order awarding sanctions in his favor and against plaintiff and its counsel, together with such other and further relief as the Court may deem just and proper.

Dated: August 11, 2021

                                           JASZCZUK P.C.

                                           By: /s/ Daniel I. Schlessinger

                                           JASZCZUK P.C.
                                           30 S. Wacker Drive, Suite 2200
                                           Chicago, Illinois 60606
                                           (312) 442-0366
                                           dschlessinger@jaszczuk.com

COHEN TAUBER SPIEVACK & WAGNER P.C.
Kenneth J. Rubinstein (admitted *pro hac vice)*
Jackson S. Davis (admitted *pro hac vice*)
420 Lexington Avenue, Suite 2400
New York, New York 10170
(212) 586-5800
krubinstein@ctswlaw.com

*Counsel to Daniel Wirzberger*

# **CERTIFICATE OF SERVICE**

I, Daniel I. Schlessinger, an attorney, do hereby certify that I caused a MOTION FOR AWARD OF SANCTIONS PURSUANT TO RULE 11, F.R.C.P. to be served on all persons and entities registered and authorized to receive such service through the Court's Case Management/Electronic Case Files (CM/ECF) system on August 11, 2021.

JASZCZUK P.C.

/s/ Daniel I. Schlessinger
*Counsel to Daniel Wirzberger*