IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FUND RECOVERY SERVICES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> RBC CAPITAL MARKETS, LLC et al., <br><br> Defendants. | Case No. 1:20-cv-5730 <br><br> Hon. Judge Matthew F. Kennelly |

## NOTICE OF FILING

**PLEASE TAKE NOTICE THAT**, on **August 11, 2021,** we caused to be filed with the United States District Court for the Northern District of Illinois, the attached **Motion for Sanctions Pursuant to Rule 11, F.R.C.P.**, a copy of which is attached hereto and herewith served upon you.

JASZCZUK P.C.

By: /s/ Daniel I. Schlessinger

JASZCZUK P.C.
30 S. Wacker Drive, Suite 2200
Chicago, Illinois 60606
(312) 442-0366
dschlessinger@jaszczuk.com

COHEN TAUBER SPIEVACK & WAGNER P.C.
Kenneth J. Rubinstein (admitted *pro hac vice)*
Jackson S. Davis (admitted *pro hac vice*)
420 Lexington Avenue, Suite 2400
New York, New York 10170
(212) 586-5800
krubinstein@ctswlaw.com

*Counsel to Daniel Wirzberger*

# **CERTIFICATE OF SERVICE**

I, Daniel I. Schlessinger, an attorney, do hereby certify that I caused NOTICE OF FILING A MOTION FOR SANCTIONS PURSUANT TO RULE 11, F.R.C.P. to be served on all persons and entities registered and authorized to receive such service through the Court's Case Management/Electronic Case Files (CM/ECF) system on August 11, 2021.

JASZCZUK P.C.

/s/ Daniel I. Schlessinger
*Counsel to Daniel Wirzberger*