# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Fund Recovery Services, LLC.

                        Plaintiff,

v.                                              Case No.: 1:20−cv−05730

                                                    Honorable Matthew F. Kennelly

RBC Capital Markets, LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 12, 2021:

      MINUTE entry before the Honorable Matthew F. Kennelly: Defendant Wirzberger has filed a motion for sanctions that largely, and perhaps entirely, tracks his request for dismissal of plaintiff's complaint, which is pending and under advisement. The motion for sanctions [133] is terminated without prejudice to renewal following ruling by the Court on the pending motions to dismiss. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.