# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FUND RECOVERY SERVICES, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 1:20-cv-05730 |
| RBC CAPITAL MARKETS, LLC *et al.*, | ) ) ) |
| Defendants. | ) |

## MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Plaintiff Fund Recovery Services, LLC, by undersigned counsel, hereby requests leave, pursuant to Fed. R. Civ. P. 15(a)(2) and the direction set forth in this Court's January 17, 2022 Memorandum Opinion and Order, to file the proposed Second Amended Complaint attached hereto as **Exhibit 1**. For the reasons more fully stated in the accompanying Memorandum In Support Of Plaintiff's Motion For Leave To File Second Amended Complaint, this Court should grant Plaintiff's Motion.

Dated: February 8, 2022         Respectfully submitted,

**FUND RECOVERY SERVICES, LLC, a
Delaware limited liability company, as assignee
of PRINCETON ALTERNATIVE INCOME
FUND, L.P., a Delaware limited partnership,**

Kenneth J. Ashman (ARDC 6206515)
ASHMAN LAW, LLC
2801 Orange Brace Road
Riverwoods, Illinois 60015
312.596.1700 (p)
312.873.3800 (f)
kashman@ashman.law

*/s/ Maurice R. Mitts*

(Pa. Bar No. 50297) (*Pro Hac Vice*)
Gerard M. McCabe (Pa. Bar No. 66564)

(*Pro Hac Vice*)
Geoffrey P. Huling (Pa. Bar No. 75800)
(*Pro Hac Vice*)
MITTS LAW, LLC
1822 Spruce Street
Philadelphia, PA 19103
215.866.0110 (p)
215.866.0111 (f)
mmitts@mittslaw.com
gmccabe@mittslaw.com
ghuling@mittslaw.com

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FUND RECOVERY SERVICES, LLC,       ) | |
|                                                ) | |
|     Plaintiff,                             ) | |
|                                                ) | |
| v.                                                   ) | CASE NO. 1:20-cv-05730 |
|                                                ) | |
| RBC CAPITAL MARKETS, LLC et al.,    ) | |
|                                                ) | |
|     Defendants.                        ) | |

**CERTIFICATE OF SERVICE**

I, Kenneth J. Ashman, hereby certify that on this 8th day of February, 2022, I electronically filed the foregoing Motion for Leave to File Second Amended Complaint, and **Exhibit 1** which is the Proposed Second Amended Complaint, with the Clerk of Court using the Northern District of Illinois CM/ECF system, which will send notice and a complete electronic copy of said filing to all counsel of record and unrepresented parties.

                                                       By: */s/ Kenneth J. Ashman*
                                                       Kenneth J. Ashman (ARDC 6206515)
                                                       ASHMAN LAW, LLC
                                                       2801 Orange Brace Road
                                                       Riverwoods, Illinois 60015
                                                       312.596.1700 (p)
                                                       312.873.3800 (f)
                                                       kashman@ashman.law