**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FUND RECOVERY SERVICES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>RBC CAPITAL MARKETS, LLC *et al.*,<br><br>Defendants. | Case No. 1:20-cv-5730<br><br>**Hon. Matthew F. Kennelly** |

**NOTICE OF VOLUNTARY DISMISSAL WITH
<u>PREJUDICE AS TO DEFENDANT GARY ZUMSKI</u>**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Fund Recovery Services, LLC ("<u>Plaintiff</u>"), hereby dismisses the above-styled action with prejudice against Defendant Gary Zumski only. This dismissal is not intended to, and does not, include any of the claims asserted against the remaining named Defendants.

    Respectfully submitted,

    **FUND RECOVERY SERVICES, LLC, a Delaware
    limited liability company, as assignee of
    PRINCETON ALTERNATIVE INCOME FUND,
    L.P., a New Jersey limited partnership,**

    Kenneth J. Ashman (ARDC 6206515)
    ASHMAN LAW, LLC
    2801 Orange Brace Road
    Riverwoods, Illinois 60015
    312.596.1700 (p)
    312.873.3800 (f)
    kashman@ashman.law

*Maurice R. Mitts*
(Pa. Bar No. 50297) (*Pro Hac Vice*)
Geoffrey P. Huling (Pa. Bar No. 75800)
(*Pro Hac Vice*)
MITTS LAW, LLC
1822 Spruce Street
Philadelphia, PA 19103
215.866.0110 (p)
215.866.0111 (f)
mmitts@mittslaw.com
ghuling@mittslaw.com

Dated: February 18, 2022

## **CERTIFICATE OF SERVICE**

  I, Kenneth J. Ashman, certify that on February 18, 2022, true and correct copies of the foregoing was filed electronically through the Northern District of Illinois CM/ECF electronic filing system, which will send a notification of filing to all counsel of record and unrepresented parties.

                  /s/ *Kenneth J. Ashman*
                  Kenneth J. Ashman