## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Fund Recovery Services, LLC.

                          Plaintiff,

v.                                             Case No.: 1:20−cv−05730
                                                          Honorable Matthew F. Kennelly

RBC Capital Markets, LLC, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 23, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's motion to substitute and replace a revised version of their proposed second amended complaint [153] is granted. The Court has reviewed the parties' joint status report. Defendants are directed to file a supplement to the status report with their requested page limitations and timing of their response to the motion to amend by no later than 2/28/2022. The Court advises that on the motion to file a second amended complaint, the briefing schedule will provide for responses (to the extent possible, a joint response) by the defendants, and a reply by the plaintiff. Defendants may, promptly after the filing of the reply, seek leave to file a surreply for good cause, and the Court will evaluate that motion if and when it is filed. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.