# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FUND RECOVERY SERVICES, LLC, | |
| Plaintiff, | |
| v. | Case No. 1:20-cv-5730 |
| RBC CAPITAL MARKETS, LLC et al., | Hon. Judge Matthew F. Kennelly |
| Defendants. | |

## MOTION FOR AWARD OF SANCTIONS PURSUANT TO RULE 11, F.R.C.P.

For the reasons set forth in the Memorandum of Law filed herewith, Defendant Wirzberger moves for the entry of an order awarding sanctions in his favor and against plaintiff and its counsel, together with such other and further relief as the Court may deem just and proper.

Dated: June 2, 2022

                                              JASZCZUK P.C.

                                              By: /s/ Daniel I. Schlessinger

                                              JASZCZUK P.C.
                                              311 S. Wacker Drive, Suite 2150
                                              Chicago, Illinois 60606
                                              (312) 442-0366
                                              dschlessinger@jaszczuk.com

COHEN TAUBER SPIEVACK & WAGNER P.C.
Kenneth J. Rubinstein (admitted *pro hac vice)*
Jackson S. Davis (admitted *pro hac vice*)
420 Lexington Avenue, Suite 2400
New York, New York 10170
(212) 586-5800
krubinstein@ctswlaw.com

*Counsel to Daniel Wirzberger*

## **CERTIFICATE OF SERVICE**

  I, Daniel I. Schlessinger, an attorney, do hereby certify that I caused a MOTION FOR AWARD OF SANCTIONS PURSUANT TO RULE 11, F.R.C.P. to be served on all persons and entities registered and authorized to receive such service through the Court's Case Management/ Electronic Case Files (CM/ECF) system on June 2, 2022.

              JASZCZUK P.C.

              /s/ Daniel I. Schlessinger
              *Counsel to Daniel Wirzberger*

3