IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| FUND RECOVERY SERVICES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>RBC CAPITAL MARKETS, LLC et al.,<br><br>Defendants. | Case No. 1:20-cv-5730<br><br>Hon. Judge Matthew F. Kennelly |

### DECLARATION OF KENNETH J. RUBINSTEIN

Kenneth J. Rubinstein, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a member of Cohen Tauber Spievack & Wagner P.C., co-counsel to defendant Daniel Wirzberger ("Wirzberger") in the above-captioned action. I submit this declaration in support of Wirzberger's Motion for Sanctions pursuant to Rule 11 of the Federal Rules of Civil Procedure ("Rule 11") to provide the Court with the documents referenced in the motion.

2. Attached as Exhibit 1 is a January 12, 2021 letter to FRS' counsel.

3. Attached as Exhibit 2 is an April 27, 2021 letter to FRS' counsel pursuant to the safe harbor provisions of Rule 11(c)(2).[1]

4. Attached as Exhibit 3 is a July 14, 2021 letter to FRS' counsel pursuant to the safe harbor provisions of Rule 11(c)(2).

---

[1] The amended complaint was filed after receipt of this letter.

5. Attached as Exhibit 4 is a May 9, 2022 letter to FRS' counsel pursuant to the safe harbor provisions of Rule 11(c)(2).

6. The Court is respectfully referred to Wirzberger's Memorandum of Law in support of the motion for sanctions, submitted simultaneously herewith, for a recitation of the relevant facts and legal arguments in support of the motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 2, 2022

/s/ Kenneth J. Rubinstein
Kenneth J. Rubinstein

## CERTIFICATE OF SERVICE

    I, Daniel I. Schlessinger, an attorney, do hereby certify that I caused the DECLARATION OF KENNETH J. RUBINSTEIN to be served on all persons and entities registered and authorized to receive such service through the Court's Case Management/ Electronic Case Files (CM/ECF) system on June 2, 2022.

                                      JASZCZUK P.C.

                                      /s/ Daniel I. Schlessinger
                                      *Counsel to Daniel Wirzberger*