## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
### Eastern Division

Fund Recovery Services, LLC.

                           Plaintiff,

v.                                              Case No.: 1:20−cv−05730
                                               Honorable Matthew F. Kennelly

RBC Capital Markets, LLC, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 6, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly: Defendant Daniel Wirzberger's motion for sanctions [166] is denied without prejudice to renewal, if appropriate, after the Court rules on the pending motion to file an amended complaint. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.