**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

**FUND RECOVERY SERVICES, LLC,**

      Plaintiff,

  v.

**RBC CAPITAL MARKETS, LLC, et al.**,

      Defendants.

Case No. 1:20-cv-05730

## DEFENDANTS' MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE REVISED SECOND AMENDED COMPLAINT

**Foley & Lardner LLP**
321 N. Clark Street, Suite 3000
Chicago, Illinois 60654-4762
Telephone: (312) 832-4500
Facsimile: (312) 832-4700
Michael J. Small (IL Bar No. 6207645)
William J. McKenna (IL Bar No. 3124763)
David B. Goroff (IL Bar No. 6190039)
Kristin M. Sikora (IL Bar No. 6340447)
msmall@foley.com
wmckenna@foley.com
dgoroff@foley.com
ksikora@foley.com

*Attorneys for Little Owl Argon, LLC, Glenora Company, James I. Uihlein, and James P. Uihlein*

**Greenberg Traurig, LLP**
77 W. Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-8400
Gabriel Aizenberg
Scott T. Mendeloff
aizenbergg@gtlaw.com
mendeloffs@gtlaw.com

*Attorneys for Peter Ferro, Jr., Margon LLC, Joseph Canfora, Mark Triffler, Mark Triffler Trust, Bruce Breitweiser, Byron Faermark, Barry Edmonson, Cardinal Trust, and Merit Gaming Management Group, L.P.*

**Greenberg Traurig, LLP**
77 W. Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-1087
Steven Marc Malina
David Stephen Repking
malinas@gtlaw.com
repkingd@gtlaw.com

*Attorneys for RBC Capital Markets, LLC*

**Jaszczuk P.C.**
311 S. Wacker Drive, Suite 2150
Chicago, Illinois 60606
Telephone: (312) 442-0366
Daniel I. Schlessinger
Seth Corthell
dschlessinger@jaszczuk.com
scorthell@jaszczuk.com

and

**Cohen Tauber Spievack & Wagner P.C.**
420 Lexington Avenue, Suite 2400
New York, New York 10170
Telephone: (212) 586-5800
Kenneth J. Rubinstein
Jackson S. Davis
krubinstein@ctswlaw.com
jdavis@ctswlaw.com

*Attorneys for Daniel Wirzberger*

Defendants RBC Capital Markets, LLC, James I. Uihlein, James P. Uihlein, Glenora Company, Little Owl Argon, LLC, Daniel Wirzberger, Peter Ferro, Jr., Margon LLC, Joseph Canfora, Mark Triffler, Mark Triffler Trust, Bruce Breitweiser, Byron Faermark, Barry Edmonson, Cardinal Trust, and Merit Gaming Management Group, L.P. ("Defendants"), hereby respectfully move for leave to file a 15-page surreply in opposition to Plaintiff Fund Recovery Services, LLC ("FRS")'s Motion for Leave to File Revised Second Amended Complaint.

Plaintiff filed its Motion for Leave to File Second Amended Complaint (ECF No. 148) and Motion for Leave to File Revised Second Amended Complaint (ECF No. 153) on February 8, 2022 and February 22, 2022, respectively. Defendants filed responses on April 15, 2022 (ECF Nos. 159–62) and Plaintiff filed a reply on May 31, 2022 (ECF No. 165). On February 23, 2022, the Court stated, "Defendants may, promptly after the filing of the reply, seek leave to file a surreply for good cause, and the Court will evaluate that motion if and when it is filed." (ECF No. 155.) Defendants now move for leave to file a 15-page surreply, split among one general surreply and submissions for individual groups of Defendants, as Defendants did with regard to their Opposition to Plaintiff's Motion for Leave to Amend.

Good cause exists to grant Defendants' motion for leave to file a surreply because FRS's reply contains new arguments, new cases that FRS mischaracterizes, and gross misstatements about individual Defendants that require correction. *See, Univ. Healthsystem Consortium v. UnitedHealth Group, Inc.*, 68 F. Supp. 3d 917, 922 (N.D. Ill. 2014) (allowing surreply to address new arguments and to correct mischaracterizations); *In re Testosterone Replacement Therapy Prods. Liab. Litig. Coordinated Pretrial Proceedings*, 2016 WL861213, at *3 (N.D. Ill. 2016) ("Although plaintiffs' citations to case law that supports this argument first appeared in their reply on the motion to reconsider, defendants have had the opportunity to respond via their surreply.");

1

*Karma Int'l, LLC v. Indianapolis Motor Speedway, LLC*, 2017 WL 11002072, at *3, n.3 (S.D. Ind. 2017) ("The filing of the surreply [in opposition to a motion for leave to amend] is justified because, as asserted in IMS's motion seeking leave to file the surreply . . . , the reply raises new arguments that misconstrue or misstate the record.").

FRS makes entirely new arguments that require response and provide good cause for a surreply. For example, FRS newly (and erroneously) argues that the damages are different for each of its five alleged schemes, claims that each loan constitutes a separate fraud, and argues that the victims of the alleged RICO schemes include bankruptcy creditors. (*See* ECF No. 165 at 22–28.)

FRS also cites new cases the holdings of which it distorts. Defendants deserve the opportunity to address these new cases. For example, FRS cites *Liquid Air Corp. v. Rogers*, 834 F.2d 1297 (7th Cir. 1987), and its progeny to argue it sufficiently pleaded multiple schemes and injuries when *Liquid Air* does not support this and multiple later Seventh Circuit cases make clear this argument fails. FRS also misinterprets and misapplies cases that Defendants cited previously, missing the point of Defendants' citation to *Miller v. Gain Financial, Inc.*, 995 F.2d 706 (7th Cir. 1993), and its application to the inadmissible Schnosenberg Statement and Zumski Declaration. To wit, for purposes of compliance with Rule 9(b), FRS cannot fix a complaint that in its body contains solely conclusory allegations with affidavits that merely repeat those same conclusory statements. Defendants require the opportunity to respond to FRS's new cases and to correct its misinterpretation and misapplication of Defendants' cited cases.

In addition, FRS makes multiple, gross, material misstatements about individual Defendants that necessitate correction. For example, FRS newly claims that Little Owl is a controlling shareholder of Argon. This is absolutely false and belied by Court records. A surreply

2

would afford Defendants the opportunity to address FRS's new arguments and correct the material misstatements.

Finally, FRS's reply leaves several of Defendants' arguments unrebutted. FRS does not address, and thus concedes, that the facts supporting what it now says are five separate schemes were all in earlier iterations of its complaint as facts supporting just one scheme. Similarly, FRS ignores the deficiencies as to scheme duration, failing to respond to, and again conceding, that time spent plotting a predicate act or concealing it are not included in the calculation for duration. Further, FRS does not rebut Defendants' argument that it cannot show multiple victims. FRS eliminated those Defendants it previously alleged injured Hamilton from the "RICO Defendants" group and fails to show why Goldstein—whom the Court previously found was properly alleged as a conspirator—is now a victim. FRS also never addresses the issue of jurisdiction over the non-RICO Defendants. A surreply is useful to explain the breadth and import of FRS's concessions—especially where, as here, the proposed surreply effectively would function as Defendants' reply in support of their motion to dismiss the Revised Second Amended Complaint.

For good cause, Defendants respectfully request the Court grant Defendants leave to file a 15-page surreply.

Dated: June 7, 2022                       Respectfully submitted,

By:/s/*Kristin M. Sikora*
**Foley & Lardner LLP**
321 N. Clark Street, Suite 3000
Chicago, Illinois 60654-4762
Telephone: (312) 832-4500
Facsimile: (312) 832-4700
Michael J. Small (IL Bar No. 6207645)
William J. McKenna (IL Bar No. 3124763)
David B. Goroff (IL Bar No. 6190039)
Kristin M. Sikora (IL Bar No. 6340447)

3

msmall@foley.com
wmckenna@foley.com
dgoroff@foley.com
ksikora@foley.com

*Attorneys for Little Owl Argon, LLC, Glenora Company, James I. Uihlein, and James P. Uihlein*

**Greenberg Traurig, LLP**
77 W. Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-8400
Gabriel Aizenberg
Scott T. Mendeloff
aizenbergg@gtlaw.com
mendeloffs@gtlaw.com

*Attorneys for Peter Ferro, Jr., Margon LLC, Joseph Canfora, Mark Triffler, Mark Triffler Trust, Bruce Breitweiser, Byron Faermark, Barry Edmonson, Cardinal Trust, and Merit Gaming Management Group, L.P.*

**Greenberg Traurig, LLP**
77 W. Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-1087
Steven Marc Malina
David Stephen Repking
malinas@gtlaw.com
repkingd@gtlaw.com

*Attorneys for RBC Capital Markets, LLC*

**Jaszczuk P.C.**
30 S. Wacker Drive, Suite 2200
Chicago, Illinois 60606
Telephone: (312) 442-0366
Daniel I. Schlessinger
Seth Corthell
dschlessinger@jaszczuk.com
scorthell@jaszczuk.com

4

and

**Cohen Tauber Spievack & Wagner P.C.**
420 Lexington Avenue, Suite 2400
New York, New York 10170
Telephone: (212) 586-5800
Kenneth J. Rubinstein
Jackson S. Davis
krubinstein@ctswlaw.com
jdavis@ctswlaw.com

*Attorneys for Daniel Wirzberger*