**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3**
**Eastern Division**

Fund Recovery Services, LLC.

                         Plaintiff,

v.                                                               Case No.: 1:20−cv−05730
                                                                                                                      Honorable Matthew F. Kennelly

RBC Capital Markets, LLC, et al.

                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 8, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly: Defendants' motion for leave to file a surreply [170] is granted, but the surreply is limited to 10 pages and must be filed by no later than 6/14/2022. The telephonic status/motion hearing set for 6/14/2022 is vacated and reset to 6/21/2022 at 9:15 a.m. The following call−in number will be used for the hearing: 888−684−8852, access code 746−1053. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.